IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| CONSOLIDATED WATERPROOFING CONTRACTORS, INC.<br>Plaintiff<br><br>v.<br><br>ALLIED WORLD ASSURANCE CO. (U.S.) INC.<br>Defendant | Case No. 8:19-cv-01258-px |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(i)(A)(ii), the parties hereby stipulate and agree to the voluntary dismissal of the above captioned matter With Prejudice, and with each party to bear its own costs.

Date 6-24-19

_____
Michael S. Woll, Esquire
4405 East West Highway
Suite 201
Bethesda, Maryland 20814
*Attorney for Plaintiff*

_____
James Henry Geiser III
Troutman Sanders, LLP
401 9th Street NW
Washington, DC 20004
*Attorney for Defendant*